**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF VERMONT**

| | |
|---|---|
| In re:<br>    **Guy Lariviere,**<br>            **Debtors** | Case No. 15-10249<br>Chapter 13 |

### NOTICE OF INTENDED PRIVATE SALE OF ESTATE PROPERTY AND DEADLINE FOR SUBMITTING OBJECTIONS AND HIGHER OFFERS

NOTICE is hereby given, pursuant to 11 U.S.C. § 363, Fed. R. Bankr. P. 2002(a)(2) and 6004, that debtor Guy Lariviere intends to sell at private sale the debtor's right, title, and interest in certain property of the estate consisting of a camp located on Nichols Pond Road, Woodbury, Vermont, ("the property").

The Debtor has entered into a purchase and sale agreement to sell the property to Nicholas K. Meyer for $83,000.00. The proposed buyer is unrelated to the debtor. This is arms-length transaction.

The sale shall take place on or before August 1, 2015 or such other time as approved by the Court. The terms of the proposed sale are more particularly described in the Purchase & Sale Agreement, a copy of which can be obtained from the undersigned upon request.

The property will be sold free and clear of all liens, claims, and encumbrances. Any perfected, enforceable valid liens shall attach to the proceeds of the sale according to priorities established under applicable law.

Any objections to the sale or higher offers shall be filed in writing with the Clerk, United States Bankruptcy Court for the District of Vermont at Rutland Vermont on or before **July 23, 2015 at 1:00 p.m., (the "Objection Deadline")**. A copy of any objection or higher offer also shall be served upon the undersigned. Any objection to the sale must state with particularity the grounds for the objection and why the intended sale should not be authorized. Any objection to

the sale shall be governed by Fed. R. Bankr. P. 9014. **A Hearing on any Objection will be held on July 24, 2015, at 9:30 am at the U.S. Bankruptcy Court – USPO, 151 West Street, Rutland, Vermont and at select VIT Sites. (See attached list).** Through this Notice, higher offers for the Property are hereby solicited. Any higher offer must be accompanied by a cash deposit of $1,000 in the form of a certified or bank check made payable to Cohen & Rice Client Trust Account. Higher offers must be on the same terms and conditions provided in the Purchase and Sale Agreement (as further set forth in the purchase and sale agreement), other than the purchase price.

The deposit will be forfeited to the estate if the successful purchaser fails to complete the sale by the date ordered by the Court.

Any questions concerning the intended sale shall be addressed to the undersigned.

Dated at the City of Rutland, Vermont this 16th day of July, 2015.


COHEN & RICE

Guy Lariviere,

By:/s/Rebecca A. Rice
   Rebecca A. Rice, Esq.
   26 West Street, Ste 1
   Rutland, VT  05701

**VERMONT INTERACTIVE TELEVISION**
**SITE ADDRESSES FOR 2015**

| | | |
|---|---|---|
| Brattleboro | Brattleboro Union High School<br>131 Fairground Road, Room 125<br>Brattleboro, VT 05301 | (802) 257-2697 |
| Montpelier | Vermont Department of Labor (VDOL)<br>5 Green Mountain Drive<br>Montpelier, VT 05602 | (802) 225-1187 |
| Randolph Center | Vermont Technical College<br>Randolph Center, VT   05061-0500 | (802) 728-1455 |
| Williston | Blair Park<br>451 Lawrence Place<br>Williston, VT 05495 | (802) 288-1581 |