VTB Form C
04/2018
See Vt. LBR 1009-1(b)(1)*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

In re:

    **Guy Lariviere,**

              **Debtor(s).**

Chapter __13__
Case # 15-10249

## NOTICE OF AMENDMENT COVER SHEET
## TO AMEND PREVIOUSLY FILED SCHEDULES & STATEMENTS
## AND TO FILE REQUIRED SCHEDULES AND STATEMENT NOT PREVIOUSLY FILED*

**Amendment/Schedule Information** (Check One)

    X   Amendment to Previously Filed Document

    o   Schedule Not Previously Filed**

    o   Schedule of Post-Petition Debts *(Result of conversion; no fee due.)*

**Creditor/Schedule Information** (Check All That Apply)

    X   No creditors are being added/deleted from the master mailing list of creditors by this amendment/schedule.

    o   Information regarding a creditor's address is being amended/changed (no fee due), **AND**

        A master mailing list in the format prescribed by the Clerk with the amended/changed address of the creditor is attached.
        ***NOTE*: Do not repeat creditor information from a previously filed master mailing list.**

    o   Creditors are being added by this amendment/schedule, **AND**
        The $31.00 amendment fee is attached for adding parties, **AND**
        A master mailing list in the format prescribed by the Clerk with complete names and addresses of parties **added** is attached.
        ***NOTE*: Do not repeat creditor information from a previously filed master mailing list.**

    o   Creditors are being deleted by this amendment, **AND** the $31.00 amendment fee for deleting parties is attached.

    o   Schedules of creditors are being modified to change amount of debt or classification of debt, **AND** the $31.00 amendment fee for deleting parties is attached.

VTB Form C
04/2018
See Vt. LBR 1009-1(b)(1)*

      **I certify that I have served all parties who are affected by this amendment/schedule with a copy thereof and a copy of the Notice of Bankruptcy Case Meeting of Creditors and Deadlines ("341 Meeting Notice"), if applicable, and have the case trustee, if any.**

| | |
|---|---|
| _12/14/18_ | _/s/Rebecca A. Rice_ |
| Date | Signature of debtor's Attorney or of debtor if *pro se*, |
| | debtor's mailing address, telephone number and email address |

      **I certify under penalty of perjury that I have read this Notice of Amendment and the attached schedules, lists, statements, etc., consisting of _4_ sheets, numbered 1 through 4, and that they are true and correct to the best of my knowledge, information, and belief.**

| | |
|---|---|
| _12/14/18_ | _/s/Guy Lariviere_ |
| Date | Signature of Debtor |

| | |
|---|---|
| _____ | _____ |
| Date | Signature of Co-Debtor, if a Joint Case |

---

\*    This form may only be used for amendments to lists or schedules first filed **before December 1, 2015**. To amend lists or schedules first filed **after December 1, 2015**, the debtor must use either Official Form 106DEC or Official Form 202. See Vt. LBR 1009-1(a).

\*\*   If dollar amounts on amended schedules change the total for any schedule, the debtor must also file an amended Summary of Schedules document.

**Fill in this information to identify your case:**

Debtor 1: Guy Lariviere

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: DISTRICT OF VERMONT

Case number (If known): 15-10249

Check if this is:
☒ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
12/14/2018
MM / DD/ YYYY

# Official Form 106I
# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. Fill in your employment information.

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| Occupation | Logger | |
| Employer's name | Lariviere Forestry, LLC | |
| Employer's address | | |
| How long employed there? | 27 years | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 0.00 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | $ 0.00 | $ 0.00 |

Debtor 1   **Guy Lariviere**                                                                    Case number (*if known*)   **15-10249**

|   |   |   | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
|   | Copy line 4 here | 4. | $ 0.00 | $ 0.00 |
| 5. | List all payroll deductions: |   |   |   |
|   | 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
|   | 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
|   | 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
|   | 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
|   | 5e. Insurance | 5e. | $ 0.00 | $ 0.00 |
|   | 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
|   | 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
|   | 5h. Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |
| 6. | Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 0.00 | $ 0.00 |
| 8. | List all other income regularly received: |   |   |   |
|   | 8a. Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 5,000.00 | $ 0.00 |
|   | 8b. Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
|   | 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
|   | 8d. Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
|   | 8e. Social Security | 8e. | $ 0.00 | $ 0.00 |
|   | 8f. Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
|   | 8g. Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
|   | 8h. Other monthly income. Specify: _____ | 8h.+ | $ 0.00 + | $ 0.00 |
| 9. | Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 5,000.00 | $ 0.00 |
| 10. | Calculate monthly income. Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 5,000.00 + | $ 0.00 = $ 5,000.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
    Specify: _____                                                                                   11.  +$       0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
    Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies                                                                                   12.  $    5,000.00

                                                                                                                  Combined
                                                                                                                  monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: _____

Official Form 106I                              Schedule I: Your Income                                                page 2

Fill in this information to identify your case:

Debtor 1  **Guy Lariviere**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: DISTRICT OF VERMONT

Case number  **15-10249**
(If known)

Check if this is:
☒ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
12/14/2018
MM / DD / YYYY

Official Form 106J
# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Is this a joint case?

   ☒ No. Go to line 2.
   ☐ Yes. Does Debtor 2 live in a separate household?
   
   ☐ No
   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. Do you have dependents?  ☐ No

   Do not list Debtor 1 and Debtor 2.   ☒ Yes. Fill out this information for each dependent..............
   
   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | son | 18 | ☐ No ☒ Yes |
   |  |  | ☐ No ☐ Yes |
   |  |  | ☐ No ☐ Yes |
   |  |  | ☐ No ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?   ☒ No   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.   4. $ 0.00

   If not included in line 4:

   4a. Real estate taxes                                           4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance                4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses               4c. $ 0.00
   4d. Homeowner's association or condominium dues                 4d. $ 0.00
5. Additional mortgage payments for your residence, such as home equity loans   5. $ 0.00

Official Form 106J                            Schedule J: Your Expenses                              page 1

Debtor 1    **Guy Lariviere**                            Case number (if known)    **15-10249**

6. Utilities:
   - 6a. Electricity, heat, natural gas                         6a. $    101.00
   - 6b. Water, sewer, garbage collection                       6b. $    0.00
   - 6c. Telephone, cell phone, Internet, satellite, and cable services   6c. $    50.00
   - 6d. Other. Specify: _____                         6d. $    0.00
7. Food and housekeeping supplies                                7.  $    400.00
8. Childcare and children's education costs                      8.  $    0.00
9. Clothing, laundry, and dry cleaning                           9.  $    25.00
10. Personal care products and services                          10. $    0.00
11. Medical and dental expenses                                  11. $    150.00
12. Transportation. Include gas, maintenance, bus or train fare.
    Do not include car payments.                                 12. $    200.00
13. Entertainment, clubs, recreation, newspapers, magazines, and books   13. $    10.00
14. Charitable contributions and religious donations             14. $    0.00
15. Insurance.
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance                                         15a. $    0.00
    - 15b. Health insurance                                       15b. $    0.00
    - 15c. Vehicle insurance                                      15c. $    103.00
    - 15d. Other insurance. Specify: _____               15d. $    0.00
16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: _____                                      16. $    0.00
17. Installment or lease payments:
    - 17a. Car payments for Vehicle 1                             17a. $    0.00
    - 17b. Car payments for Vehicle 2                             17b. $    0.00
    - 17c. Other. Specify: _____                         17c. $    0.00
    - 17d. Other. Specify: _____                         17d. $    0.00
18. Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).   18. $    0.00
19. Other payments you make to support others who do not live with you.
    Specify: _____                                      19. $    0.00
20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.
    - 20a. Mortgages on other property                            20a. $    0.00
    - 20b. Real estate taxes                                      20b. $    0.00
    - 20c. Property, homeowner's, or renter's insurance           20c. $    0.00
    - 20d. Maintenance, repair, and upkeep expenses               20d. $    0.00
    - 20e. Homeowner's association or condominium dues            20e. $    0.00
21. Other. Specify: **Fuel**                                     21. +$   100.00

22. Calculate your monthly expenses
    - 22a. Add lines 4 through 21.                                $    1,139.00
    - 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   $
    - 22c. Add line 22a and 22b. The result is your monthly expenses.   $    1,139.00

23. Calculate your monthly net income.
    - 23a. Copy line 12 (your combined monthly income) from Schedule I.   23a. $    5,000.00
    - 23b. Copy your monthly expenses from line 22c above.        23b. -$   1,139.00
    - 23c. Subtract your monthly expenses from your monthly income.
           The result is your monthly net income.                 23c. $    3,861.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ■ No.
    ☐ Yes.    Explain here: _____

Official Form 106J                        Schedule J: Your Expenses                        page 2

**Fill in this information to identify your case:**

Debtor 1        Guy Lariviere
                First Name          Middle Name         Last Name

Debtor 2        _____
(Spouse if, filing)  First Name     Middle Name         Last Name

United States Bankruptcy Court for the:  DISTRICT OF VERMONT

Case number   15-10249
(if known)

☐ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X  /s/ Guy Lariviere                          X  _____
   Guy Lariviere                                  Signature of Debtor 2
   Signature of Debtor 1

   Date  December 14, 2018                       Date  _____