UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

IN RE: )
    GUY LARIVIERE, ) Case No. 15-10249
        Debtor ) CHAPTER 13

Filed & Entered
On Docket
December 17, 2018

## ORDER GRANTING MOTION TO MODIFY PLAN AND CONFIRMATION ORDER

The debtor having moved to modify his confirmed Plan pursuant to 11 U.S.C. § 1329 (a), and after notice and an opportunity for a hearing, no objections having been filed, and it appearing to the Court that the proposed modification is consistent with the provisions of Chapter 13 and is appropriate,

NOW THEREFORE, the confirmed plan of the debtor dated March 25, 2016 is hereby modified by the Modified Plan dated October 26, 2018 as follows, with the modifications to take effect at **month 41** of the Plan (November 2018):

| | *Terms of the Plan to be modified:* | *Prior to modification* | *After modification* |
|---|---|---|---|
| 1. | Monthly payment | $1,015.00 | $3,760.00 |
| 2. | Plan Term | 60 months | 19 months for for a total of 60 months |
| 3. | Lump Sum | $6,264.00 | $22,008.95 [from payments already made] |
| 4. | Total to be paid into the Plan | $62,089.00 | $93,448.95 |
| 5. | Debtor's Attorneys Fees in Plan | $3,370.00 | $3,370.00 |
| 6. | Post-petition Mortgage arrearage | $_____ | $13,983.51 |
| 7. | Dividend to General Unsecured Creditors | $6,191.13 (100%) | $6,191.13 (100%) |
| 8. | Secured Claims | $44,276.98 | $72,956.42 |
| 9. | Priority Claims | $3,299.31 | $3,299.31 |

All other terms of the confirmed plan and confirmation order not specifically modified by this order shall remain unchanged.

*[signature: Colleen A. Brown]*

December 17, 2018
Burlington, Vermont

COLLEEN A. BROWN
U.S. BANKRUPTCY JUDGE